AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Terrance Griffin,
*Plaintiff*
v.
Fletcher McBride and Grealin Frazier,
*Defendants*

Civil Action No.    0:14-cv-02770-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Terrance Griffin, shall take nothing of the defendants, Fletcher McBride and Grealin Frazier, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, having accepted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismissed the case with prejudice.

Date:  April 27, 2015                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/G. Mills
                                                                            *Signature of Clerk or Deputy Clerk*